## The Manufacturers Light & Heat Company, Appellant, *v.* The Public Service Commission (No. 2).

PER CURIAM, April 17, 1922:

This appeal is quashed for the reason stated in the opinion this day filed in the appeal, No. 71, April Term, 1922, by the same appellant from an order of the Public Service Commission.